TERMED

**U.S. District Court Northern District of Indiana [LIVE]**
**USDC Northern Indiana (Fort Wayne)**
**CRIMINAL DOCKET FOR CASE #: 1:20-mj-00088-SLC-1**

Case title: USA v. Wagner                                        Date Filed: 10/05/2020
Other court case number: 4:20CR3099 District of Nebraska        Date Terminated: 10/13/2020

Assigned to: Magistrate Judge Susan L Collins

**Defendant (1)**

**Ian Wagner**                                represented by  **Michelle F Kraus - FCD**
*TERMINATED: 10/13/2020*                                       Federal Community Defenders Inc - FW/IN
                                                               1101 E Ross Adair Federal Building
                                                               1300 S Harrison St
                                                               Fort Wayne, IN 46802
                                                               260-422-9940
                                                               Fax: 260-422-9954
                                                               Email: Michelle_Kraus@fd.org
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Public Defender or Community Defender*
                                                               *Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:244(a)(2) and 18:2244(b) ABUSIVE SEXUAL CONTACT WITHOUT PERMISSION AND 49:46506(2) INDECENT EXPOSURE ON AIRCRAFT | |

**Plaintiff**

**United States of America**                  represented by  **Stacey R Speith - AUSA**
                                                               US Attorney's Office - FW/IN
                                                               1300 S Harrison St Rm 3128
                                                               Fort Wayne, IN 46802
                                                               260-422-2595
                                                               Fax: 260-426-1616
                                                               Email: stacey.speith@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Government Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/04/2020 | | Arrest (Rule 5) of Ian Wagner. (lns) (Entered: 10/07/2020) |
| 10/05/2020 | 1 | Rule 5c3 Documents Received (Sealed Indictment and Arrest Warrant) from the District of Nevada as to Ian Wagner. (Attachments: # 1 Warrant)(lns) (Entered: 10/07/2020) |
| 10/05/2020 | | Case unsealed as to Ian Wagner. (lns) (Entered: 10/07/2020) |
| 10/05/2020 | 2 | NOTICE OF HEARING as to Ian Wagner. Initial Appearance - Rule 5c3 set for 10/5/2020 03:30 PM in US District Court - Fort Wayne before Magistrate Judge Susan L Collins. Hearing to be held via video teleconference. (lns) (Entered: 10/07/2020) |

| 10/05/2020 | 3 | INITIAL APPEARANCE - RULE 5(c)(3) as to Ian Wagner re Counts 1 - 3 of Indictment 4:20CR3099, District of Nebraska, held on 10/5/2020 before Magistrate Judge Susan L Collins via video teleconference. Govt appeared by atty Stacey Speith. Dft appeared with atty Michelle Kraus. Gregory Coleman appeared on behalf of U S Probation/Pretrial Services. Dft consents to proceeding via video teleconference and executes consent form. Dft advised of rights, charges and penalties. Court finds Dft is eligible for appointment of counsel. Clerk directed to notify FCD of appointment of counsel. Dft to be released on Terms and Conditions as advised and stated on the record. Continued Rule 5 and Identity Hearing set for 10/9/2020 at 3:00 PM in US District Court - Fort Wayne before Magistrate Judge Susan L Collins. Dft to be released after processing on 10/5/2020. (1st Floor FTR) (lns) (Entered: 10/07/2020) |
|---|---|---|
| 10/05/2020 | 4 | Defendant's Consent to Appear by Video Teleconference as to Ian Wagner. (lns) (Entered: 10/07/2020) |
| 10/05/2020 | 5 | ORDER as to Ian Wagner GRANTING Dft's request for appointment of counsel. Cause assigned to NDIN FCD for referral of counsel to represent Dft. This case is set for an Identity Hearing on October 9, 2020 at 3:00 p.m. Signed by Magistrate Judge Susan L Collins on 10/5/2020. (lns) (Entered: 10/07/2020) |
| 10/05/2020 | 9 | ORDER Setting Conditions of Release as to Ian Wagner. Signed by Magistrate Judge Susan L Collins on 10/5/2020. (mr) (Entered: 10/09/2020) |
| 10/06/2020 | 6 | ATTORNEY APPEARANCE: Michelle F Kraus - FCD appearing for Ian Wagner (Kraus - FCD, Michelle) (lns) (Entered: 10/07/2020) |
| 10/06/2020 | 7 | PRETRIAL BOND REPORT as to **Ian Wagner**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (ksc) (Entered: 10/07/2020) |
| 10/09/2020 | 8 | INITIAL APPEARANCE - RULE 5(c)(3)(continued) as to Ian Wagner held on 10/9/2020 before Magistrate Judge Susan L Collins. Govt appeared by atty Stacey Speith. Dft appeared with atty Michelle Kraus. Gregory Coleman appeared on behalf of U S Probation/Pretrial Services. Dft waives and gives up his right to an identity hearing and concedes he is the same person named in the charges. Dft requests probable cause hearing be held in charging district, District of Nebraska. Dft to report to charging district when further proceedings are scheduled by the Court. Dft continues to be released on terms and conditions as previously imposed by the Court. (FTR 1st floor.) (mr) (Entered: 10/09/2020) |
| 10/09/2020 | 10 | WAIVER of Rule 5 Hearings by Ian Wagner (mr) (Entered: 10/09/2020) |
| 10/09/2020 | 11 | ORDER as to Ian Wagner Requiring Dft to Appear in the District Where Charges are Pending. Signed by Magistrate Judge Susan L Collins on 10/9/2020. (mr) (Entered: 10/09/2020) |
| 10/13/2020 | 12 | Notice to District of Nebraska of a Rule 5 or Rule 32 Initial Appearance as to Ian Wagner. Your case number is: 4:20-cr-3099. Docket sheet and documents attached. The clerk will transmit restricted documents via email. (mr) (Entered: 10/13/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/14/2020 10:40:55 | | | |
| **PACER Login:** | OlsonLin:5428234:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-mj-00088-SLC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**