IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:20CR3099** |
| vs. | |
| IAN WAGNER, | **ORDER** |
| Defendant. | |

On the court's own motion,

IT IS ORDERED that Defendant's shall comply with all terms and conditions of release previously in place and the following additional conditions:

1) If the defendant intends to travel outside the Western District of Washington,[1] at least three days prior to that travel, he must provide information to his supervising officer outlining contact numbers, and his transportation and lodging arrangements for the trip.

2) The defendant shall contact his supervising officer at least once a week unless and until his supervising officer directs him to follow a different schedule or frequency for maintaining contact with pretrial services.

September 28, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] The Western District includes the counties of Clallam, Clark, Cowlitz, Grays Harbor, Island, Jefferson, King, Kitsap, Lewis, Mason, Pacific, Pierce, San Juan, Skagit, Skamania, Snohomish, Thurston, Wahkiakum, and Whatcom.